IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CSX TRANSPORTATION, INC. and NORFOLK SOUTHERN RAILWAY CO. | CIVIL ACTION NO. 16-cv-00557 |
| Plaintiffs, | District Judge James L. Graham<br>Magistrate Judge Kimberly A. Jolson |
| v. | |
| COLUMBUS DOWNTOWN DEVELOPMENT CORPORATION, *et al.* | |
| Defendants | |

## NOTICE OF JOINT STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure it is hereby stipulated and agreed by and between the undersigned counsel for CSX Transportation, Inc., Norfolk Southern Railway Company, The Cincinnati Insurance Company, Columbus Downtown Development Corporation, Messer Construction Company, George J. Igel & Co., Inc., Ohio Farmers Insurance Company, STV Incorporated, and Stantec Consulting Services, Inc., that the above-entitled action, and all claims, counter-claims, cross-claims and third-party complaints contained therein, are dismissed with prejudice based upon the parties' agreement. Each party is to bear its own fees and costs as per the agreement between the parties.

Respectfully submitted,

| | |
|---|---|
| s/ Eric C. Palombo | s/ Frederic X. Shadley |
| Jeffrey D. Cohen | Frederic X. Shadley |
| Eric C. Palombo | Jason P. Conte |
| KEENAN COHEN & MERRICK PC | ULMER & BERNE |
| 125 Coulter Ave., Suite 1000 | 600 Vine Street, Suite 2800 |

Ardmore, PA 19003
Telephone: (215) 609-1110
Fax: (215) 609-1117
Email: Jcohen@freightlaw.net
Email: Epalombo@freightlaw.net

*Counsel for Plaintiffs, CSX Transportation, Inc. and Norfolk Southern Railway Co.*

s/ Katherine Connor Ferguson
Katherine Connor Ferguson
Lindsay M. Nelson
KOOPERMAN MENTEL FERGUSON YAROSS LTD.
100 S. 4th Street, Suite 100
Columbus, OH 43215
Telephone: (614) 344-4840
Fax: (614) 344-4801
Email: *kferguson@kmfylaw.com*
Email: *lnelson@kmfylaw.com*

*Counsel for Defendant Stantec Consulting Services Inc.*

s/ Joseph A. Gerling
Joseph A. Gerling
Scott A. Fenton
LANE, ALTON & HORST
2 Miranova Place, Suite 500
Columbus, OH 43215
Telephone: (614) 233-4754
Fax: (614) 228-0146
Email: *jgerling@lanealton.com*
Email: *sfenton@lanealton.com*

*Counsel for Defendant Columbus Development Corporation*

s/ Ray C. Freudiger
Ray C. Freudiger
MARSHALL DENNEHEY WARNER COLEMAN AND GOGGIN
312 Elm Street, Suite 1850
Cincinnati, Ohio 45202
Telephone: (513) 372-6800

Cincinnati, Ohio 45202-2409
Telephone: (513) 698-5014
Fax: (513) 698-5015
Email: fshadley@ulmer.com
Email: jconte@ulmer.com

*Counsel for Third-Party Defendant STV Incorporated*

s/ David W. Orlandini
David W. Orlandini
Sunny L. Horacek
Lucas P. Baker
COLLINS ROCHE UTLEY & GARNER
655 Metro Place South, Suite 200
Dublin, Ohio 43017
Telephone: (614) 901-9600
Fax: (614) 901-2723
Email: dorlandini@cruglaw.com
Email: shoracek@cruglaw.com
Email: lbaker@cruglaw.com

*Counsel for Defendant The Cincinnati Insurance Company*

s/ Jane M. Lynch
Jane M. Lynch
Frederic L. Young
Jared A. Wagner
GREEN & GREEN LAWYERS
800 Performance Place
109 North Main Street
Dayton, OH 45402-1290
Telephone: (937) 224-3333
Fax: (937) 224-4311
Email: jmlynch@green-law.com
Email: flyoung@green-law.com
Email: jawagner@green-law.com

Earl K. Messer
TAFT STETTINIUS & HOLLISTER, LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
Email: messer@taftlaw.com

Fax: (513) 372-6801  
Email: rcfreudiger@mdwcg.com

*Counsel for Defendant Messer Construction Company*

John H. Osorio (admitted *pro hac vice*)  
MARSHALL DENNEHEY WARNER COLEMAN AND GOGGIN  
15000 Midlantic Drive, Suite 200  
Mount Laurel, NJ 08054  
Telephone: (856) 414-6000  
Fax: (856) 414-6077  
Email: jhosorio@mdwcg.com

*Counsel for Defendants George J. Igel & Co., Inc. and Ohio Farmers Insurance Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 27, 2019, a true and accurate copy of the foregoing was filed and served electronically upon all parties currently registered for this matter in the Court's electronic filing system.

                                         By:    s/ Eric C. Palombo
                                                      Eric C. Palombo